# IN THE SUPREME COURT OF THE STATE OF NEVADA

WYLMINA E. HETTINGA, AN
INDIVIDUAL,
Appellant,
vs.
ALAN T. NAHOUM, INC., A NEW
YORK CORPORATION,
Respondent.

No. 83940

FILED

JAN 1 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed on December 20, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
     Wylmina E. Hettinga
     Holley Driggs/Las Vegas
     Eighth District Court Clerk

22-01357